IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT ROY BAMBER, | ) | |
| Plaintiff(s), | ) | No C 08-2682 VRW (PR) |
| vs. | ) | ORDER OF TRANSFER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | |
| Defendant(s). | ) | |

  Plaintiff, a prisoner at Pleasant Valley State Prison in Coalinga, California, has filed a pro se action challenging the conditions of his confinement.  Plaintiff specifically alleges that prison officials have confiscated much of his personal legal property.

  A substantial part of the events or omissions giving rise to the claim(s) occurred in the County of Fresno, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Venue therefore properly lies in the Eastern District.  See id § 1391(b).

  Accordingly, IT IS ORDERED that in the interest of justice and pursuant to 28 USC § 1406(a) this action be TRANSFERRED to the United States District Court for the Eastern District of California.

  The clerk shall transfer this matter and terminate all pending motions as moot.

  SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Bamber, R1.transfer.wpd