**JWB**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Roy Bamber, | No. CV 1-08-0905-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| California Department of Corrections and Rehabilitation, et al., | |
| Defendants. | |

In a March 2, 2009 Order (Doc. # 14), the Court dismissed Plaintiff's Complaint for failure to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure. The Court gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order and warned Plaintiff as follows:

> If Plaintiff fails to file an amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice.

More than 30 days have passed since the Court's March 2, 2009 Order was filed. Plaintiff has not filed an amended complaint. In accordance with the Court's March 2, 2009 Order, the Court will require the Clerk of Court to enter a judgment of dismissal of this case, with prejudice.

Accordingly,

. . . .

. . . .

1     **IT IS ORDERED** that the Clerk of Court must enter a judgment of **dismissal** of this
2 case, **with prejudice**, for failure to comply with Rules 8 and 10 of the Federal Rules of Civil
3 Procedure.
4     DATED this 21st day of April, 2009.

_____
James A. Teilborg
United States District Judge